IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MONEVA WALKER,                          :
                                        :    CASE NO.:  3:20-cv-02176
                Plaintiff,              :
                                        :    JUDGE JAMES G. CARR
CEDAR FAIR, L.P., et al.                :
                                        :
                Defendants.             :
                                        :

## Parties' Joint Status Report

Now come the parties, by and through counsel, and hereby notify this Honorable Court that counsel for both parties have been engaged in settlement discussions.  The parties hereby agree to attempt to mediate this matter in front of a private mediator.

The parties are exchanging information pertinent to the potential class makeup and are attempting to have meaning settlement discussions at the private mediation.

The parties hereby agree to notify this Honorable Court once the private mediator has been selected and a mediation date set.

Dated: December 15, 2022

Respectfully submitted:

/s/ David R. Hudson

David R. Hudson (0084988)
REMINGER CO., L.P.A.
One SeaGate, Suite 1600
Toledo, Ohio  43604
Phone: (419) 254-1311
Fax:     (419) 243-7830
E-Mail:  dhudson@reminger.com

And

/s/ Justin D. Harris

Justin D. Harris (0078252)
REMINGER CO., L.P.A.
154 Columbus Avenue, 2nd Floor
Sandusky, Ohio  44870
Phone: (419) 609-1311
Fax:     (419) 626-4805
E-Mail:  jharris@reminger.com

And

/s/ Brian D. Sullivan

Brian D. Sullivan (0063536)
REMINGER CO., L.P.A.
101 West Prospect Avenue
Suite 1400
Cleveland, Ohio 44115-1093
Phone: (216) 687-1311
Fax:     (216) 687-1841
E-Mail: bsullivan@reminger.com

Counsel for Defendants

And

/s/ Jonas Jacobson
Jonas B. Jacobson (Cal. Bar No. 269912)*
Simon Franzini (Cal. Bar No. 287631)*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Phone: (310) 656-7066
Fax:    (310) 656-7069
E-Mail:  jonas@dovel.com
         simon@dovel.com And


/s/ Richard M. Kerger
Richard M. Kerger (OH 0015864)
Kimberly A. Conklin (OH 0074726)
The Kerger Law Firm, LLC
4159 N. Holland-Sylvania Rd. Suite 101
Toledo, Ohio 43623
Phone: (419) 255-5990
Fax:    (419) 255-5997
E-Mails: rkerger@kergerlaw.com
         kconklin@kergerlaw.com

Counsel for Plaintiffs
*Admitted Pro Hac Vice


## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically with the Court.  Notice of this filing
will be sent to all counsel by operation of the Court's electronic filing system.  Parties may
access this filing through the Court's system.

/s/ David R. Hudson
David R. Hudson (0084988)
Justin D. Harris (0078252)
Brian D. Sullivan (0063536)

3