IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MONEVA WALKER, | : | |
| | : | CASE NO.: 3:20-cv-02176 |
| Plaintiff, | : | |
| | : | JUDGE JAMES G. CARR |
| CEDAR FAIR, L.P., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## Parties' Joint Status Report

Now come the parties, by and through counsel, and hereby provide this Joint State Report to the Court. Since the last report to the Court, dated December 15, 2022, the parties are continuing to engage in discussions towards a private mediation. Presently, the active discussion surrounds the identification of a mediator and the scope of any information pertaining to season pass usage numbers to be exchanged solely for purposes of mediation. Plaintiffs have proposed mediators and made a proposal for the scope of information to be exchanged, and the Defendants owe a response to further advance the discussions. It is expected that these discussions can be further advanced in the next 45-60 days.

In the meantime, Defendants have also filed their renewed Motion to Dismiss the legal impact of the Ohio Supreme Court decision in *Valentine* on the remaining claims and issues

1

presented. It is expected that the renewed Motion to Dismiss will be decisional for the Court on or about March 1, 2023.

The parties hereby agree to notify this Honorable Court once the private mediator has been selected and a mediation date set.

Dated: January 31, 2023                                  Respectfully submitted:

/s/ David R. Hudson
David R. Hudson (0084988)
REMINGER CO., L.PA.
One SeaGate, Suite 1600
Toledo, Ohio  43604
Phone: (419) 254-1311
Fax:     (419) 243-7830
E-Mail:  dhudson@reminger.com

And

/s/ Justin D. Harris
Justin D. Harris (0078252)
REMINGER CO., L.P.A.
154 Columbus Avenue, 2nd Floor
Sandusky, Ohio  44870
Phone: (419) 609-1311
Fax:     (419) 626-4805
E-Mail:  jharris@reminger.com

And

/s/ Brian D. Sullivan
Brian D. Sullivan (0063536)
REMINGER CO., L.P.A.
101 West Prospect Avenue
Suite 1400
Cleveland, Ohio 44115-1093
Phone: (216) 687-1311
Fax:     (216) 687-1841
E-Mail: bsullivan@reminger.com

Counsel for Defendants

And

/s/ Jonas Jacobson
Jonas B. Jacobson (Cal. Bar No. 269912)*
Simon Franzini (Cal. Bar No. 287631)*
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Phone: (310) 656-7066
Fax:     (310) 656-7069
E-Mail:  jonas@dovel.com
             simon@dovel.com And


/s/ Richard M. Kerger
Richard M. Kerger (OH 0015864)
Kimberly A. Conklin (OH 0074726)
The Kerger Law Firm, LLC
4159 N. Holland-Sylvania Rd. Suite 101
Toledo, Ohio 43623
Phone: (419) 255-5990
Fax:     (419) 255-5997
E-Mails: rkerger@kergerlaw.com
              kconklin@kergerlaw.com

Counsel for Plaintiffs
*Admitted Pro Hac Vice


## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically with the Court.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ David R. Hudson
David R. Hudson (0084988)
Justin D. Harris (0078252)
Brian D. Sullivan (0063536)

3