# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Civil Action No. 3:20-cv-02176
Judge James Carr

MONEVA WALKER,
NOELANI MORI,
JONATHAN BROWN,
HOLLY POTEAT,
KELLY SHEPPERSON,
MANDI STEWART, and
SHANE FOSHIA, each individually and on behalf of all others similarly situated,

    Plaintiffs,

        v.

CEDAR FAIR, L.P., and
CEDAR FAIR MANAGEMENT, INC.,

    Defendants.

## PLAINTIFFS' STATUS REPORT

Plaintiffs report that the parties have made progress in scheduling a mediation. The parties have scheduled a mediation for July 7, 2023, before mediator John Alton. The parties will timely update the Court on the result of that mediation.

Date: June 6, 2023                                      Respectfully submitted,

                                                        */s/ Jonas Jacobson*
                                                        Jonas Jacobson (CA 269912)
                                                        jonas@dovel.com
                                                        Simon Franzini (CA 287631)
                                                        simon@dovel.com
                                                        Dovel & Luner, LLP
                                                        201 Santa Monica Blvd., Suite 600
                                                        Santa Monica, California 90401
                                                        Telephone: (310) 656-7066
                                                        Facsimile: (310) 656-7069

                                                        Richard M. Kerger (OH 0015864)
                                                        rkerger@kergerlaw.com
                                                        Kimberly A. Conklin (OH 0074726)
                                                        kconklin@kergerlaw.com
                                                        The Kerger Law Firm, LLC
                                                        4159 N. Holland-Sylvania Rd. Suite 101
                                                        Toledo, Ohio 43623
                                                        Telephone: (419) 255-5990
                                                        Facsimile: (419) 255-5997

                                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     A copy of the foregoing was filed electronically with the Court.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                          Respectfully submitted,

                                          */s/ Jonas Jacobson*
                                          Jonas Jacobson (CA 269912)
                                          Dovel & Luner, LLP